1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
5  Fax:        (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  *Attorneys for Defendants Joseph Lombardo,
   and Las Vegas Metropolitan Police Department*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ADAME-REYES, | CASE NO.: 2:20-cv-00262-APG-VCF |
| Plaintiff, | **STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| JOSEPH LOMBARDO, in his Individual Capacity and in his Official Capacity as Sheriff of the Las Vegas Metropolitan Police Department; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | (First Request) |
| Defendants. | |

Defendants Joseph Lombardo and Las Vegas Metropolitan Police Department (hereinafter "LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and David Adame-Reyes ("Plaintiff"), by and through his counsel, Holland & Hart, respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of

1  time to file an answer or otherwise respond to Plaintiff's Complaint.

2      LVMPD Defendants were served with Plaintiff's Complaint on February 10, 2020. The

3  instant extension is requested as LVMPD Defendants' Counsel requires additional time to

4  prepare a responsive pleading to the Plaintiff's Complaint.

5      Upon agreement by and between all the parties hereto as set forth herein, the undersigned

6  counsel respectfully request an extension of time, up to and including March 12, 2020, for the

7  LVMPD Defendants to file an answer or otherwise respond to Plaintiff's Complaint. By

8  entering into this Stipulation, none of the parties waive any rights they have under statute, law or

9  rule with respect to Plaintiff's Complaint.

10      DATED this 27th day of February, 2020.

| KAEMPFER CROWELL | HOLLAND & HART |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135<br>***Attorneys for Defendants Joseph Lombardo and Las Vegas Metropolitan Police Department*** | By: /s/ Ryan A. Semerad<br>J. STEPHEN PEEK<br>Nevada Bar No. 1758<br>RYAN A. SEMERAD<br>Nevada Bar No. 14615<br>9555 Hillwood Dr., 2nd Floor<br>Las Vegas, NV 89134<br>***Attorneys for Plaintiff*** |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: 3-6-2020