PETER C. BERNHARD
Nevada Bar No. 734
LYSSA S. ANDERSON
Nevada Bar No. 5781
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
pbernhard@kcnvlaw.com
landerson@kcnvlaw.com

*Attorneys for Defendants Joseph Lombardo,
and Las Vegas Metropolitan Police Department*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ADAME-REYES,<br><br>                Plaintiff,<br>vs.<br><br>JOSEPH LOMBARDO, in his Individual Capacity and in his Official Capacity as Sheriff of the Las Vegas Metropolitan Police Department; LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>                Defendants. | CASE NO.:   2:20-cv-00262-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Joseph Lombardo and Las Vegas Metropolitan Police Department (hereinafter "LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and Plaintiff DAVID ADAME-REYES, by and through his counsel, HOLLAND & HART, ORRICK, HERRINGTON, & SUTCLIFFE, and NATIONAL IMMIGRATION LAW CENTER, that all of Plaintiff's claims against Defendant JOSEPH LOMBARDO are hereby dismissed with prejudice, with each party to bear their own

/ / /

1  attorney fees and costs.

2  DATED this <u>28th</u> day of December, 2020.        DATED this <u>17th</u> day of December, 2020.

3  KAEMPFER CROWELL                                HOLLAND & HART

4

5  */s/ Lyssa S. Anderson*                          */s/ J. Stephen Peek*
   _____                   _____
6  PETER C. BERNHARD (NV Bar No. 734)               J. Stephen Peek
   LYSSA S. ANDERSON (NV Bar No. 5781)              Robert J. Cassity
7  1980 Festival Plaza Drive, Suite 650             Jon T. Pearson
   Las Vegas, Nevada 89135                          9555 Hillwood Dr., 2nd Floor
                                                    Las Vegas, NV 89134
8  ***Attorneys for Defendants Joseph Lombardo,***
   ***and Las Vegas Metropolitan Police***          Rene Kathawala, *pro hac vice*
9  ***Department***                                 Deena Dulgerian, *pro hac vice*
                                                    Carolina Garcia, *pro hac vice*
10                                                  ORRICK, HERRINGTON, & SUTCLIFFE
                                                    1000 Marsh Rd.
11                                                  Menlo Park, CA  94025

12                                                  Sarah Kim Pak, *pro hac vice*
                                                    NATIONAL IMMIGRATION LAW CENTER
13                                                  3450 Wilshire Blvd., Ste. 108-62
                                                    Los Angeles, CA  90010
14
                                                    ***Attorneys for Plaintiff***
15

16                                    **ORDER**

17       **IT IS SO ORDERED.**

18       DATED this  28th day of December, 2020.

19
                                       _____
20                                     UNITED STATES DISTRICT COURT JUDGE